IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   14-23988 |
| | ) | Chapter 13 |
| Andrea Howland | ) | |
| Debtor(s). | ) | Judge: Benjamin Goldgar |

NOTICE OF MOTION

TO:   Andrea Howland, 7921 Niles Ave. Skokie, IL 60077 *via US mail*

Trustee Marilyn O Marshall, 224 South Michigan Ste. 800, Chicago, IL 60604, *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **September 13, 2016 at 10:30 a.m.**, I shall appear before the Honorable Judge Benjamin Goldgar at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
      David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on August 23, 2016 before the hour of 6:00 p.m.

By:   /s/ David H. Cutler
      David H. Cutler, esq.
      Counsel for Debtor(s)
      Cutler & Associates, Ltd.
      4131 Main St.
      Skokie, IL 60076
      Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 14-23988 |
| | ) | Chapter 13 |
| Andrea Howland | ) | |
| Debtor(s). | ) | Judge: Benjamin Goldgar |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Andrea Howland, (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on June 27, 2014 and her Plan was confirmed.

3. The Debtor's confirmation Order provides for a plan payment of $688 for 60 months with unsecured creditors receiving 100% of their unsecured claims.

4. The Debtor has paid in $16,750.20 into the Chapter 13 plan.

5. The Debtor fell behind on the trustee payments and has a current default.

6. The Debtor had a period where she was not working for a month, her contract job ended and she fell behind on her plan payments.

7. The Debtor is now back to work as of 8/1/2016 at a full time position and will have a steady stream of income.

8. The Debtor seeks to modify the plan to raise her monthly payment to $725 a month to account for her default and to defer the current trustee's default to the end of the Plan.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to raise the plan payment to $725 a month and to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: August 23, 2016                                      Respectfully Submitted,

                                                             By:    /s/ David H. Cutler
                                                                       David H. Cutler, esq.,
                                                                       Counsel for Debtor(s):
                                                                       Cutler & Associates, Ltd.
                                                                       4131 Main St.
                                                                       Skokie, IL 60076
                                                                       Phone: (847) 673-8600